IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| CLIFTON DEWAYNE HARVIN, <br> TDCJ No. 01235629, <br><br> Petitioner, <br><br> v. <br><br> LORIE DAVIS, Director, <br> Texas Department of Criminal Justice, <br> Correctional Institutions Division, <br><br> Respondent. | § § § § § § § § § § § § § § § § |

Civil Action No. 7:17-CV-00003-M-BP

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, claims 1 through 5 and 13 through 16 of the Petition for Writ of Habeas Corpus (ECF No. 1) are **DISMISSED** with prejudice as time-barred.

**SIGNED** this 2nd day of August, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE